UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DEBRA L. ROOF,                          )
                                        )
                    Plaintiff,          )
         vs.                            )   1:09-cv-076-LJM-TAB
                                        )
WHITESTONE ACQUISITION CORP.,           )
                                        )
                    Defendant.          )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date:  10/04/2010

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Lindsay C. Ramsey
ICE MILLER LLP
lindsay.ramsey@icemiller.com

Germaine Winnick Willett
ICE MILLER LLP
germaine.willett@icemiller.com

Debra L. Roof
3476 South Swartz Ridge Road
Apartment 1
Bloomington, IN 47401